# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　§
LACHAMFER A BUCKNER § Case No. 1:15-16596-TAB
　　　　　　　　　　　　　　　§
　　　　Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 369,600.00　　　　　　　　Assets Exempt: 32,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,171.78　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: 594,134.51

Total Expenses of Administration: 612.34

---

　　3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,215.88 (see **Exhibit 2**), yielded net receipts of $ 1,784.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 553,981.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 612.34 | 612.34 | 612.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,153.51 | 1,165.13 | 1,165.13 | 1,171.78 |
| **TOTAL DISBURSEMENTS** | $ 594,134.51 | $ 1,777.47 | $ 1,777.47 | $ 1,784.12 |

4) This case was originally filed under chapter 7 on 05/09/2015 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2017           By:/s/RONALD R. PETERSON
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LACHAMFER A BUCKNER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,215.88 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,215.88** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank PO BOX 1335 Buffalo, NY 14240 | | 72,873.00 | NA | NA | 0.00 |
| | Chase Mortgage P.O. Box 24696 Columbus, OH 43224-0696 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll 350 Highland Dr Lewisville, TX 75067 | | 135,189.00 | NA | NA | 0.00 |
| | Neighborhood Housing Services 120 S. LaSalle Suite 1327 Chicago, IL 60603 | | 46,477.00 | NA | NA | 0.00 |
| | Neighborhood Housing Services 747 N. May St. Chicago, IL 60622 | | 299,442.00 | NA | NA | 0.00 |
| | Neighborhood Lend Serv 1 Corporate Dr Lake Zurich, IL 60047 | | 0.00 | NA | NA | 0.00 |
| | Neighborhood Lend Serv 1 Corporate Dr Lake Zurich, IL 60047 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 553,981.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 446.03 | 446.03 | 446.03 |
| RONALD R. PETERSON | 2200-000 | NA | 6.31 | 6.31 | 6.31 |
| Associated Bank | 2600-000 | NA | 160.00 | 160.00 | 160.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 612.34 | $ 612.34 | $ 612.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adelstein Dpm Steven T Amer Coll Co/ACC International 919 Estes Ct. Schaumburg, IL 60193 | | 75.00 | NA | NA | 0.00 |
| | Alexian Brothers Medical Cente Harris 222 Merchandise Mart Plz,Suite 1900 Chicago, IL 60654 | | 1,142.00 | NA | NA | 0.00 |
| | American Home Mtg Svci Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | 0.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 17,928.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Department of Water Management PO Box 6330 Chicago, IL 60680-6330 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Dr. Muhammad Muzammil 800 Biesterfield Rd. #409 Elk Grove Village, IL 60007 | | 80.00 | NA | NA | 0.00 |
| | Drs. Kane Misawa Spiess and Nguyen 33 W. Higgins Rd. Suite 820 Barrington, IL 60010 | | 70.00 | NA | NA | 0.00 |
| | Elk Grove Radiology S.C P.O. Box 4543 Carol Stream, IL 60197 | | 40.00 | NA | NA | 0.00 |
| | Elk Grove Radiology S.C. Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | 107.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Family Dental Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | 110.00 | NA | NA | 0.00 |
| | EPMG of Illinois, S.C. P.O. Box 95968 Oklahoma City, OK 73143-5968 | | 469.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | 0.00 | NA | NA | 0.00 |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Nevada N.A. Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,292.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 9 Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Mea-Elk Grove Village Llc State Collection Service Po Box 6250 Madison, WI 53716 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mount Sinai Hospital 26465 Network Place Chicago, IL 60673 | | 1,501.00 | NA | NA | 0.00 |
| | Northwest Health Care Assoc. 2360 Hassell Road Suite F Hoffman Estates, IL 60189-2171 | | 250.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 193.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 120.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates Blitt & Gaines 661 Glenn Ave. Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Quest Diagnostics PO Box 740397 Cincinnati, OH 45274 | | 173.05 | NA | NA | 0.00 |
| | Sinai Medical Group 1107 S Mannheim Rd Suite 302 Westchester, IL 60154 | | 148.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unifund CCR Blatt, Hassenmiller 125 S Wacker Dr. #400 Chicago, IL 60606 | | 13,822.00 | NA | NA | 0.00 |
| | US Cellular Attn: Write Off Department P.O. Box 7835 Madison, WI 53707-7835 | | 148.41 | NA | NA | 0.00 |
| | West Suburban Medical Center P.O. Box 830913 Birmingham, AL 35283-0913 | | 198.05 | NA | NA | 0.00 |
| | World Financial Network Natl B Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 2,287.00 | NA | NA | 0.00 |
| 1 | American InfoSource LP as agent for US Cellular | 7100-000 | NA | 148.41 | 148.41 | 148.41 |
| 2 | Midland Funding LLC | 7100-000 | NA | 1,016.72 | 1,016.72 | 1,016.72 |
| | American InfoSource LP as agent for US Cellular | 7990-000 | NA | NA | NA | 0.85 |
| | Midland Funding LLC | 7990-000 | NA | NA | NA | 5.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,153.51 | $ 1,165.13 | $ 1,165.13 | $ 1,171.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-16596 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | RONALD R. PETERSON |
| Case Name: | LACHAMFER A BUCKNER | | | | Date Filed (f) or Converted (c): | 05/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/01/2015 |
| For Period Ending: | 12/20/2017 | | | | Claims Bar Date: | 03/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 4421 W. Jackson, Chicago IL 60624 | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1425 N. Austin Blvd Chicago, IL 60651 | 128,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking with US Bank | 8,000.00 | 7,000.00 | | 0.00 | FA |
| 4. 3 Rooms | 500.00 | 500.00 | | 0.00 | FA |
| 5. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 6. 401k | 14,000.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Pontiac Grand Prix - over 120,000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Inheritance                (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $402,500.00 | $11,500.00 | | $4,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017.  I followed up on the probate matter; no more money expected. I am closing the estate.

April 26, 2016.  Recovered a small inheritance; ready to close the estate.

Recovered $4,000 from inheritance, but only one creditor filed a claim.  Alexis Gabay, my attorney, is sending follow-up letters to the creditors begging them to file at least late claims.

Initial Projected Date of Final Report (TFR): 12/30/2016      Current Projected Date of Final Report (TFR): 06/30/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-16596 |
| Case Name: | LACHAMFER A BUCKNER |
| Taxpayer ID No: | XX-XXX3279 |
| For Period Ending: | 12/20/2017 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX8828 |
| | Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $54,824,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/15 | 8 | LACHAMFER A BUCKNER | | 1229-000 | $4,000.00 | | $4,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,970.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,960.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,950.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,940.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,930.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,920.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,910.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,900.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,880.00 |

Page Subtotals:        $4,000.00        $120.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-16596  
Case Name: LACHAMFER A BUCKNER  
Taxpayer ID No: XX-XXX3279  
For Period Ending: 12/20/2017  

Trustee Name: RONALD R. PETERSON  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8828  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $54,824,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,870.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,860.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,850.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,840.00 |
| 11/17/17 | 30001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Distribution | | | | $452.34 | $3,387.66 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($446.03) | 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($6.31) | 2200-000 | | | |
| 11/17/17 | 30002 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | | $149.26 | $3,238.40 |
| | | | | ($0.85) | 7990-000 | | | |
| | | American InfoSource LP as agent for US Cellular | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($148.41) | 7100-000 | | | |
| 11/17/17 | 30003 | Midland Funding LLC Midland Credit Management, Inc., as Agent for Midland Funding LLC P.O. Box 2011 Warren, MI 48090 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $1,022.52 | $2,215.88 |
| | | | | ($5.80) | 7990-000 | | | |

Page Subtotals: $0.00  $1,664.12

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-16596  
Case Name: LACHAMFER A BUCKNER  
Taxpayer ID No: XX-XXX3279  
For Period Ending: 12/20/2017

Trustee Name: RONALD R. PETERSON  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8828  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $54,824,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | Midland Funding LLC | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,016.72) 7100-000 |  |  |  |
| 11/17/17 | 30004 | LACHAMFER A BUCKNER 4421 W. JACKSON CHICAGO, IL  60624 | Distribution of surplus funds to debtor. | 8200-002 |  | $2,215.88 | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $4,000.00    $4,000.00 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Subtotal | $4,000.00    $4,000.00 |
| Less: Payments to Debtors | $0.00    $2,215.88 |
| Net | $4,000.00    $1,784.12 |

Page Subtotals: $0.00    $2,215.88

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8828 - Checking Account (Non-Interest Earn | $4,000.00 | $1,784.12 | $0.00 |
|  | $4,000.00 | $1,784.12 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |